[redacted]

[redacted]

89 So.2d 587

**Stancel J. GILLIAM**

**v.**

**STATE.**

**6 Div. 18.**

Supreme Court of Alabama.

May 24, 1956.

Rehearing Denied Sept. 13, 1956.

[redacted]

Richard O. Fant, Jr., and deGraffenried, deGraffenried & deGraffenried, Tuscaloosa, for petitioner.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Stancel J. Gilliam for certiorari to the Court of Appeals to review

and revise the judgment and decision of that court in Gilliam v. State, 89 So.2d 584.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.